Steven Lewis BARNES, Plaintiff–
Appellant,

v.

George DEDMONDT; Brain Williams;
Shadell Stevens; Marcus Smith; Polly
Hall; A. Dell Dobey; Heidi Pressley;
Randy Doran; Lt. Karren Jaggers, of-
ficial and individual capacity, Defen-
dants–Appellees,

and

Brenda B. Carpenter, Defendant.

Steven Lewis Barnes, Plaintiff–
Appellant,

v.

George Dedmondt; Brain Williams;
Shadell Stevens; Marcus Smith; Polly
Hall; A. Dell Dobey; Heidi Pressley;
Randy Doran; Lt. Karren Jaggers, of-
ficial and individual capacity, Defen-
dants–Appellees,

and

Brenda B. Carpenter; O–Lee
Sturkey, Defendants.

Nos. 09–8243, 10–6113.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 8, 2010.

Decided: Sept. 22, 2010.

Steven Lewis Barnes, Appellant Pro Se.
William Henry Davidson, II, Daniel C.
Plyler, Davidson, Morrison & Lindemann,
PA, Columbia, South Carolina, for Appel-
lees.

Before KING, GREGORY, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Steven Lewis Barnes appeals the dis-
trict court's orders adopting the recom-
mendation of the magistrate judge and
dismissing his 42 U.S.C. § 1983 (2006)
complaint and denying reconsideration.
Barnes also challenges several pretrial or-
ders denying appointment of counsel, de-
nying extensions of time for discovery and
to object to the report and recommenda-
tion, and denying recusal of the magistrate
judge. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Barnes v. Dedmondt*, No.
4:08–cv–00002–MBS, 2009 WL 3166576
(D.S.C. Sept. 29 & Dec. 10, 2009). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*